IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00224-PSF-MJW

MPEG LA, LLC,

Plaintiff,

v.

MINTEK DIGITAL, INC, et al.,

Defendants.

---

**ORDER TO SHOW CAUSE**
**and**
**ORDER SETTING STATUS CONFERENCE**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to United States Magistrate Judge issued by District Judge Phillip S. Figa on February 1, 2007.  (Docket No. 1).

This action was commenced on January 30, 2007.  (Docket No. 1). Nevertheless, the plaintiff has not yet filed proof that it has served defendants Jiangsu Shinco Digital Technology Co., Ltd., and Shinco Electronics Group Co., Inc.  Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant and direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

2

Fed. R. Civ. P. 4(m).

Based upon the foregoing, it is hereby

**ORDERED** that on June 14, 2007, at 9:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing will be held at which the plaintiff shall show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) as to defendants Jiangsu Shinco Digital Technology Co., Ltd., and Shinco Electronics Group Co., Inc.  It is further

**ORDERED** that the plaintiffs shall forthwith serve defendants Jiangsu Shinco Digital Technology Co., Ltd., and Shinco Electronics Group Co., Inc., and file with the court proof of such service.  It is further

**ORDERED** that a Status Conference in this matter is also set for June 14, 2007, at 9:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  It is further

**ORDERED** that plaintiff's counsel shall be permitted to appear by telephone at the June 14, 2007, proceedings at 9:00 a.m. Mountain Time by calling the court at that time at (303) 844-2403.

Dated:     March 28, 2007            s/ Michael J. Watanabe
           Denver, Colorado          Michael J. Watanabe
                                     United States Magistrate Judge