IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00224-PSF-MJW

MPEG LA, L.L.C.,

    Plaintiff,

v.

MINTEK DIGITAL, INC.;
JIANGSU SHINCO DIGITAL TECHNOLOGY CO., LTD; and
SHINCO ELECTRONICS GROUP CO., LTD,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Dkt. # 20) is GRANTED. The Court hereby ORDERS that Plaintiff's Second Amended Complaint (Dkt. # 18) is received for filing as of April 9, 2007.

DATED:  April 10, 2007