IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00224-PSF-MJW

MPEG LA, LLC,

Plaintiff,

v.

MINTEK DIGITAL, INC, et al.,

Defendants.

---

**MINUTE ORDER**
**(DN 33)**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective
Order Governing Confidentiality (docket no. 33) is GRANTED.  The written Stipulated
Protective Order Governing Confidentiality is APPROVED as amended in paragraph 17
and made an Order of Court.

Date:  April 20, 2007