IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00224-PSF-MJW

MPEG LA, L.L.C.,

       Plaintiff,

v.

MINTEK DIGITAL, INC. et al.,

       Defendants.

_____

### MINUTE ORDER
_____

Judge John L. Kane ORDERS

       Plaintiff MPEG LA's Motion for Leave to File Third Amended Complaint and Jury Demand (doc. #43), filed April 22, 2007, is GRANTED. Plaintiff's Third Amended Complaint is accepted as filed. The Temporary Restraining Order is continued through May 4, 2007, at which time the parties shall file a joint Status Report.

Dated April 26, 2007.