IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00224-JLK**

**MPEG LA, L.L.C.,**

       Plaintiff,

v.

**MINTEK DIGITAL, INC. et al.,**

       Defendants.

_____

**MINUTE ORDER**
_____

Judge John L. Kane ORDERS

       Consistent with the parties' Joint Status Report (doc. #61), filed May 4, 2007, the Motion to Dismiss and Motion to Strike Exemplary Damages (doc. #48), is **MOOT**. Briefing on that motion is VACATED.

Dated: May 9, 2007